# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Steven W. Blevins,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:16-cv-530

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

On August 14, 2017, United States Magistrate Judge Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation ("R&R") concerning the disposition of Steven Blevin's ("Plaintiff") Complaint in this Social Security case. The R&R recommended reversing the Commissioner of Social Security's nondisability findings and remanding this case to the administrative law judge for further consideration pursuant to Sentence Four of 42 U.S.C. § 405(g). R&R 13–14, ECF No. 23.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *Id.* at 14. The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo*

review by the District Judge and waiver of the right to appeal the decision of the District Court. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. Plaintiff's statement of errors is **SUSTAINED**, the Commissioner's nondisability finding is **REVERSED**, and the case is **REMANDED** for further consideration consistent with the findings of the R&R. The Clerk shall enter final judgment for defendant and terminate this case.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**